**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01623-CV

### IN RE BARCEL USA, LLC, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03517-C**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

.

/s/     KERRY P. FITZGERALD
         JUSTICE